BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-95-161 MMC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CORRECT JUDGMENT AND COMMITMENT |
| v. | ) ) | |
| LENARD POWELL, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |

On April 1, 2009, Mr. Powell was sentenced to 87 months in custody for three counts of bank robbery in CR 08-624. He was ordered to pay restitution in the amount of $8,480.00. On April 7, 2009, the judgment and commitment for this conviction was filed, and it reflected the correct restitution amount of $8,480.00.

At the same sentencing hearing, Mr. Powell received a 24 month concurrent sentence for a supervised release violation in CR 95-161. The original restitution amount in that case was $15,804.00. According to the Form 12 for that violation, Mr. Powell's remaining restitution in that case is $9,855.30. However, the judgment and commitment erroneously states that Mr.

1  Powell's remaining restitution in that case is $15,804.00.

2  On April 13, 2009, undersigned counsel spoke with Mr. Powell's supervising probation
3  officer in his 1995 case, Shaheen Shan, who confirmed that his remaining restitution is
4  $9,855.30.  Undersigned counsel also spoke with AUSA Jeane Hamilton, who concurs.
5  Therefore, pursuant to FED. R. CR. P. 35(a), the parties agree that the Court should issue a new
6  judgment and commitment reflecting that the correct restitution in the 1995 case, CR 95-00161,
7  is $9,855.30.

8

9  IT IS SO STIPULATED.

10  4/13/09                                                          /s/

11  _____         _____
    DATED                                    JEANE HAMILTON
12                                           Assistant United States Attorney

13

14  4/13/09                                                          /s/

15  _____         _____
    DATED                                    RITA BOSWORTH
                                             Assistant Federal Public Defender

16  IT IS SO ORDERED. with the exception that the corrected judgment shall be issued to correct a
clerical error, pursuant to Fed. R. Crim. P. 36, see United States v. DeMartino, 112 F.3d 75, 81 (2d Cir. 1997)
17  (holding Rule 36 applicable to "minor, uncontroversial errors"), rather than Fed. R. Crim. P. 35(a), which, in light of
the date of the above stipulation, is unavailable, see Fed. R. Crim. P. 35(a), (c) (requiring correction "within 7 days"
18  after "oral accouncement of the sentence"); United States v. Higgs, 504 F.3d 456, 462 (3d Cir. 2007) (holding Rule
35(a)'s seven-day limitation "jurisdictional"; citing, inter alia, Ninth Circuit authority in accord).

19  May 13, 2009                                    /s/ Maxine M. Chesney
    _____         _____
    DATED                                    MAXINE M. CHESNEY
20                                           United States District Judge

21

22

23

24

25

26

Stip. & [Proposed] Order to Correct Judgment
and Commitment;
*U.S. v. Powell*, CR 95-161 MMC                                    2